# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 09, 2026

Louis Joseph Capozzi III
ATTORNEY GENERAL'S OFFICE
Suite 200
815 Olive Street
Saint Louis, MO  63101

RE:  26-1394  State of Missouri, et al v. Donald Trump, et al

Dear Counsel:

Enclosed is a copy of a dispositive order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

Susan E. Bindler
Clerk of Court

AMT

Enclosure(s)

cc:     Philip J. Axt
        Clerk, U.S. District Court, Eastern District of Missouri
        Gentner Drummond
        Garry M. Gaskins II
        Simon Gregory Jerome
        Autumn Hamit Patterson
        Stephen Michael Pezzi
        Sarah Nicole Smith
        Mathura Sridharan
        John Henry Thompson
        David Wehirst

    District Court/Agency Case Number(s):   4:24-cv-00520-JAR