No. 26-1394

State of Missouri; State of Arkansas; State of Florida; State of Georgia; State of North Dakota; State of Ohio; State of Oklahoma

Plaintiffs - Appellants

v.

Donald Trump, in his official capacity as President of the United States; Linda S. McMahon, in her official capacity as Secretary of Education; United States Department of Education

Defendants - Appellees

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-00520-JAR)

## JUDGMENT

Before GRUENDER, ERICKSON and GRASZ, Circuit Judges.

The District Court's order of dismissal is reversed, and the District Court is directed to enter the final judgment, as jointly requested by the parties. The emergency motion is denied as moot.

Mandate shall issue forthwith.

March 09, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Susan E. Bindler